594

■■■■■■■■■■■■■■■

429 A.2d 82

Commonwealth v. Butch, Appellant.

■■■■■■■■■■■■■■■■■■■■■

Submitted December 5, 1979. Joseph C. Santaguida, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

Judgment of sentence affirmed.

■■■■■■■■■

429 A.2d 83

Commonwealth v. Cole, Appellant.

■■■■■■■■■■■■■■■■■■■■■

Argued December 5, 1979. Julius E. Fioravanti, for appellant; W. Ruth Fleishman, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY, and CIRILLO, JJ.*

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Judge Vincent A. Cirillo, Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.